UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Cosurac Contractors, LLC,                                            26-cv-01394 (KMK)

                Plaintiff,

      -against-                                                     CALENDAR NOTICE

Core Development Group, LLC, et al.,

                Defendants.

-----------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for an initial conference

before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, July 2,

2026 at 12:15 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code 4653066
Please enter the conference as a guest by pressing the pound sign (#).

Dated: June 26, 2026
        White Plains, New York

                         So Ordered

                         Kenneth M. Karas, U.S.D.J