

**ATTORNEYS AT LAW**

**Derrick R. Freijomil**
Partner

Direct:
t: 973.451.8580
f: 973.538.1984
dfreijomil@riker.com

7 Giralda Farms, Suite 250
Madison, NJ 07940-1051

June 29, 2026

**Via ECF**
The Hon. Kenneth M. Karas
United States District Court
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> **Re:  Cosurac Contractors, LLC v. Core Development Group, LLC et al.**
> **Case No.: 7:26-cv-01394-KMK**

Dear Judge Karas:

Our office represents Defendants Core Development Group, LLC and Developers Surety and Indemnity Group (collectively, "Defendants") in the above-captioned matter.

On June 26, 2026, the Court scheduled an initial conference before Your Honor for July 2, 2026. Defendants respectfully request that the initial conference be adjourned because Counsel for Defendants is unavailable on that date due to a pre-planned family vacation. Counsel for Plaintiff Cosurac Contractors, LLC ("Plaintiff") consents to this request.

This is Defendants' first request for an adjournment of the initial conference. Accordingly, there have been no prior requests for adjournment of this conference, and no prior requests have been granted or denied.

Counsel for Defendants has conferred with Counsel for Plaintiff, and the parties are available for the initial conference on the following alternative dates: July 6, 2026, at any time, or July 8, 2026, at any time after 11:30 a.m.

Should Your Honor wish to discuss, please feel free to contact our office.

Granted. The conference is
adjourned to 7/ 8 /26, at 11:15
via teleconference
So Ordered

6/29/26

Respectfully submitted,

/s/ Derrick R. Freijomil
Derrick R. Freijomil

CC:  Counsel for Plaintiff (via ECF Notification)

MADISON  ■  TRENTON  ■  NEW YORK CITY
www.riker.com